# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MIRZA HYDER ALI, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION H-17-2994 |
| BNS MANAGEMENT, INC., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The joint motion to dismiss (Dkt. 12) is GRANTED. It is therefore ORDERED that this civil action is DISMISSED with prejudice, and all costs of court are taxed against the party incurring same.

Signed at Houston, Texas on January 31, 2018.

_____
Gray H. Miller
United States District Judge